IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARNDELLA JOHNSON,

    Plaintiff,

vs.                                                       1:11-cv-94-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

    Pending before the Court is Plaintiff's Motion To Correct Scrivener's Error In The Case Style Regarding The Spelling of the Plaintiff's First Name. (Doc. 6.)  Plaintiff advises that her first name was spelled incorrectly in the case style.

    Upon due consideration, it is **ORDERED**:

    1.  Plaintiff's Motion To Correct Scrivener's Error In The Case Style Regarding The Spelling of the Plaintiff's First Name (Doc. 6) is **GRANTED**.

    2.  The Clerk is directed to correct the style of the case to reflect the Plaintiff's name as Warndella Johnson.

    **DONE AND ORDERED** this 17th day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge