IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARNDELLA JOHNSON,
O/B/O SWJ,

       Plaintiff,

vs.                                                    1:11-cv-94-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

_____/

## ORDER

Pending before the Court is Plaintiff's Motion For Extension Of Time To File Memorandum Of Law.  (Doc. 14.)  Plaintiff requests an extension of time until November 3, 2011 to file his memorandum.  Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies Defendant's counsel has been contacted and Defendant does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion For Extension Of Time To File Memorandum Of Law (Doc. 14) is **GRANTED**.  Plaintiff shall file his memorandum on or before **November 3, 2011**. Defendant's memorandum shall be due by **January 2, 2012**.

**DONE AND ORDERED** this 18th day of October, 2011.

*s/ Gary R. Jones*

GARY R. JONES
United States Magistrate Judge